## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESUS DIAZ, Inmate #02588-046, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 09-cv-203-MJR |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Petitioner, a prisoner proceeding *pro se*, filed a petition for writ of quo warranto and writ of mandamus action. On March 13, 2009, the Clerk sent him a letter (Doc. 2) advising him that

> [i]f payment ($350.00 for a civil case), or a Motion to Proceed In Forma Pauperis is **NOT** received in our office **within thirty (30) days** from the date of this letter, the case will be submitted to the Judicial Officer for an order to be entered dismissing this case.

That 30-day period has long since elapsed, but Petitioner has not paid the $350 filing fee for this action, nor has he filed a properly supported motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915. Accordingly, this case is **DISMISSED** without prejudice for failure to pay the filing fee. The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 1st day of June, 2009.**

                                                  **s/ Michael J. Reagan**
                                                  **MICHAEL J. REAGAN**
                                                  **United States District Judge**